■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BERGER, Appellant.—Motion for writ of error coram nobis denied. Present—Callahan, J. P., Denman, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD SIMMONS, Appellant.—Motion for writ of error coram nobis denied. Present—Doerr, J. P., Boomer, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD TRAMELL, Appellant.—Motion for writ of error coram nobis denied. Present—Dillon, P. J., Doerr, Pine, Balio and Lawton, JJ.